DeWitt C. Dawkins, Appellant, vs. Gelia Billings, Administratrix of the estate of Liberty Billings, deceased, Appellee.

Appeal from Circuit Court Nassau county.

*Walker & L'Engle*, for Appellant.

No appearance for Appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant and the defendant appeals.

Appeal dismissed because no citation has been served or appearance entered.